1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JESSE STONE,                              No.  2:15-cv-1188 MCE CKD PS

12                   Plaintiff,

13        v.                                   ORDER and FINDINGS AND
                                               RECOMMENDATIONS
14   DAVID BUELL,

15                   Defendant.

16

17        This case, in which plaintiff is proceeding pro se, is before the undersigned pursuant to

18   Eastern District of California Local Rule 302(c)(21).  See 28 U.S.C. § 636(b)(1).  On July 10,

19   2015 defendant filed a motion to dismiss.  The motion was noticed to be heard on August 19,

20   2015.

21        On August 11, 2015, because plaintiff had not filed either an opposition or a statement of

22   non-opposition to the motions, the undersigned continued the hearing on the motion to September

23   9, 2015 and directed plaintiff to file an opposition to the motion, or a statement of non-opposition

24   thereto, no later than August 19, 2015.  Plaintiff was advised that failure to file an opposition

25   would be deemed a statement of non-opposition to the pending motion and would result in a

26   recommendation that this action be dismissed.  Although the deadlines have now passed, the

27   court docket reflects that plaintiff has not filed an opposition to the motion or a statement of non-

28   opposition to the motion.

                                              1

1    In this action, plaintiff alleges claims against an administrative law judge arising out the

2    administrative adjudication of a claim plaintiff made for Social Security disability benefits.

3    Defendant moves to dismiss for lack of jurisdiction.  In reviewing a motion to dismiss for lack of

4    jurisdiction, "the district court is not restricted to the face of the pleadings, but may review any

5    evidence, such as affidavits and testimony, to resolve factual disputes concerning the existence of

6    jurisdiction."  McCarthy v. United States, 850 F.2d 558, 560 (9th Cir. 1988).  The declarations

7    and documents submitted by defendant in support of the motion to dismiss establish that plaintiff

8    has failed to exhaust his administrative remedies.  As such, this court lacks jurisdiction over

9    plaintiff's claims under the Social Security Act and over plaintiff's tort claims.  See 42 U.S.C. §

10   405(h); Hironymous v. Bowen, 800 F.2d 888, 892-94 (9th Cir. 1986) (court lacks jurisdiction

11   over review of Social Security determination where plaintiff has failed to exhaust administrative

12   remedies); see also 28 U.S.C. § 2675; Brady v. United States, 211 F.3d 499, 502 (9th Cir. 2000)

13   (exhaustion of administrative remedies under Federal Tort Claim Act is jurisdictional prerequisite

14   to filing suit in federal court).  Although plaintiff has been afforded an ample opportunity to

15   oppose the motion to dismiss, he has failed to do so.  The uncontested record before the court

16   establishes that this court lacks jurisdiction.  The court will accordingly recommend that the

17   motion to dismiss be granted.

18   Accordingly, IT IS HEREBY ORDERED that the hearing date of September 9, 2015 on

19   defendant's motion to dismiss is vacated; and

20   IT IS HEREBY RECOMMENDED that:

21   1. Defendant's motion to dismiss for lack of jurisdiction (ECF No. 11) be granted; and

22   2. The Clerk of Court be directed to close this case.

23   These findings and recommendations are submitted to the United States District Judge

24   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

25   after being served with these findings and recommendations, any party may file written

26   objections with the court and serve a copy on all parties.  Such a document should be captioned

27   "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

28   /////

2

1   within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.</u>

2   <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

3   Dated:  August 25, 2015

4   _____
    CAROLYN K. DELANEY
5   UNITED STATES MAGISTRATE JUDGE

6

7   4 stone1188.57

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28